Dow W. Patten (135931)
dow@forthrightlaw.com
Gregory M. Saavedra (314915)
gregory@forthrightlaw.com
Forthright Law, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111-4612
Telephone (415) 228-6848
Facsimile (415) 228-6876

Attorneys for Plaintiff, STORM CATTOCHE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STORM CATTOCHE, an individual,<br>　　　　Plaintiff,<br>vs.<br>UNITED AIRLINES, INC., a Delaware corporation; STEPHANIE LOCHMAN MACLAREN, an individual; ANDREW WILLSON, an individual; and DOES 1–10, inclusive;<br>　　　　Defendants. | Case No.: 3:21-cv-01686-JD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

/ /

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD:**
3      PLEASE TAKE NOTICE that Plaintiff STORM CATTOCHE in this matter, pursuant to
4  Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this entire case.
5      Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

7  Dated: September 13, 2022          Respectfully submitted,
8                                            FORTHRIGHT LAW, P.C.

10                                 By: _____
11                                           Dow W. Patten
                                          Gregory M. Saavedra
12                                           Attorneys for Plaintiff
                                             STORM CATTOCHE

**CERTIFICATE OF SERVICE**

I, Gregory M. Saavedra, hereby certify that, on September 13, 2022, I electronically filed PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Executed on September 13, 2022 at San Francisco, California.

_____